IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONALD KEITH SMITH**                                                            **PLAINTIFF**

**VERSUS**                                        **CIVIL NO. 1:14-CV-294-HSO-RHW**

**RONALD WOODALL, ET. AL.**                                 **DEFENDANTS**

### FINAL JUDGMENT

This matter is before the Court on Plaintiff Donald Keith Smith's Objection [86] to United States Magistrate Judge Robert Walker's October 28, 2015, Report and Recommendation [83]. The Court, after a full review and consideration of the record in this case, and relevant legal authorities, finds that in accord with its Order Overruling Plaintiff's Objection [86] and Adopting Magistrate Judge's Report and Recommendation [83]; Granting Defendant Michael Hatten's Motion for Summary Judgment [63]; Granting Defendants Joseph Keyes, Wexford Health Sources, Inc., and Ronald Woodall's Motion for Summary Judgment [73]; and Dismissing Plaintiff's Complaint with Prejudice entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this 14th day of January, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE